# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **SHABBAR RAFIQ #54757-177** | **CASE NO. 2:18-CV-00495 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 50] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 42] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 27th day of June, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE