UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SHABBAR RAFIQ<br>REG. #54757-177 | CASE NO. 2:18-CV-00495 SEC P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [doc. 65] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and upon a conclusion that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Temporary Restraining Order [doc. 64] filed by plaintiff Shabbar Rafiq be **DENIED**.

**THUS DONE** in Chambers on this  23  day of  August , 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE