UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**SHABBAR RAFIQ #54757-177**     **CASE NO.  2:18-CV-00495 SEC P**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**UNITED STATES OF AMERICA ET AL.**     **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment [doc. 130] be **GRANTED** and that plaintiff's remaining claims be **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion. This ruling results in the closure of the case and termination of the bench trial set for April 3, 2023.

**THUS DONE AND SIGNED** in Chambers on the 9th day of November, 2022.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**